*In re* Willie Torres Pabón, querellado.

*Número:* CP-2003-4          *Resuelto:* 26 de marzo de 2003

*Roberto J. Sánchez Ramos*, procurador general; *Vanessa Lugo Flores*, subprocuradora general, y *Cynthia Iglesias Quiñones*, procuradora general auxiliar.

PER CURIAM: El Sr. Alberto Carbonell Morales presentó una queja ante este Tribunal contra el abogado-notario Willie Torres Pabón en la cual alegó que había contratado los servicios profesionales del referido abogado en relación con una causa de acción que tenía contra el Estado Libre Asociado de Puerto Rico y otros, relativa a un automóvil, alegadamente de su propiedad, que le había sido ocupado por agentes del orden público por razón de que, alegadamente, era hurtado. Conforme la referida queja, el licenciado Torres Pabón, luego de presentar la correspondiente demanda ante el foro judicial, no fue diligente en la tramitación del caso, con el resultado de que la demanda presentada fue desestimada, con perjuicio, por el foro judicial.

Referida la queja a la Oficina del Procurador General de Puerto Rico (Procurador General), y luego de que las par-

tes comparecieran ante dicha Oficina exponiendo sus respectivas posiciones, el Procurador General rindió el correspondiente informe ante el Tribunal. Luego de que el abogado Torres Pabón expresara su posición respecto al mencionado informe, el Tribunal le ordenó al Procurador General que formulara la correspondiente querella contra el referido abogado. En la querella que se presentara, de fecha 7 de febrero de 2003, el Procurador General le imputó al licenciado Torres Pabón haber violado las disposiciones de los Cánones 9, 18, 20 y 35 del Código de Ética Profesional, 4 L.P.R.A. Ap. IX, y dos violaciones a la Ley Notarial de Puerto Rico, Ley Núm. 75 de 2 de julio de 1987.

Expedido el correspondiente mandamiento, se le ordenó al licenciado Torres Pabón que contestara la querella presentada dentro del término de quince días a partir de la fecha de su notificación. El abogado *no* pudo ser notificado de la querella presentada en su contra, en la dirección suministrada por él al Tribunal. *Consta en el expediente del caso un memorando del Alguacil del Tribunal en la que se nos certifica que uno de los alguaciles auxiliares localizó a la señora madre del abogado, la cual informó que su hijo hacía* "tres meses se fue para New Jersey a casa de su hermana", desconociendo ella "la dirección", e informándole al referido alguacil que "cuando el licenciado se comunique con ella le informará" sobre la notificación.

I

Hemos expresado que todo abogado admitido al ejercicio de la profesión en nuestra jurisdicción tiene el *deber y obligación* de mantener informado al Tribunal de cualquier cambio en su dirección, obligación que resulta necesaria para que este Tribunal pueda llevar a cabo su función rectora constitucional de regular el ejercicio de la abogacía, la cual está investida de carácter público. *In re Serrallés III*, 119 D.P.R. 494 (1987).

Hemos resuelto que el abogado que *incurre en esa omisión* —no mantener informado al Tribunal— *puede, y debe, ser suspendido de manera temporera del ejercicio de la profesión en Puerto Rico.* Véanse: *In re Eckardt Díaz*, 141 D.P.R. Ap. (1996); *In re Cruz González*, 123 D.P.R. 315 (1989).

## II

No hay duda de que la conducta en que ha incurrido el licenciado Torres Pabón, esto es, de abandonar la jurisdicción sin informar al Tribunal de la nueva dirección en que puede ser notificado, o localizado, obstaculiza de manera sustancial el ejercicio de nuestra jurisdicción disciplinaria, *lo cual no podemos permitir.* En el caso presente, en el que el abogado ejercía la notaría, la situación *es aun más grave*; ello en vista del hecho de que existe una obra notarial la cual no sabemos dónde se encuentra.

En vista a todo lo anteriormente expresado, *procede decretar la suspensión, inmediata y temporera, del ejercicio de la abogacía y notaría en Puerto Rico de Willie Torres Pabón hasta que otra cosa disponga el Tribunal.*

*El Alguacil procederá de inmediato a realizar todas las gestiones necesarias y pertinentes con el fin de localizar la obra notarial de Willie Torres Pabón. Una vez localice la referida obra notarial, deberá incautarse de ella y de su sello notarial, luego de lo cual deberá entregarlos a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.*

*Se dictará Sentencia de conformidad.*

El Juez Presidente Señor Andréu García y el Juez Asociado Señor Fuster Berlingeri no intervinieron.